

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.  No. 1:21-cr-00153-01-SM

MICHAEL FRANCIS

## ASSENTED-TO MOTION TO FILE EXHIBITS UNDER SEAL

The defense asks the Court to consider the attached two exhibits in connection with the motion to suppress, Doc. 35, which is scheduled for further hearing on July 12, 2023. The Government has moved for a protective order regarding the recently produced discovery from which the defense pulled these two exhibits. Therefore, the defense submits these two exhibits under seal at Level 1 with the assent of the Government.

WHEREFORE, the defense respectfully asks the Court to permit filing of these exhibits, A and B, under seal, for consideration by the Court in addressing the motion to suppress.

Date: July 11, 2023.

Respectfully submitted
by counsel for Michael Francis,

*/s/ Richard Guerriero*
Richard Guerriero, Esq.
N.H. Bar No. 10530
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000
richard@nhdefender.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

*/s/ Richard Guerriero*
Richard Guerriero